FILED

2021 Jul-27  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| THERON LAMAR CHRISTIAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-766-MHH-GMB |
| | ) | |
| WARDEN DEBORAH TONEY, *et al*., | ) | |
| | ) | |
| | ) | |
| Respondents. | | |

## **MEMORANDUM OPINION**

On June 28, 2021, the Magistrate Judge entered a report in which he recommended that the Court deny Theron Lamar Christian's petition for a writ of habeas corpus and dismiss all claims with prejudice. (Doc. 17). Although the Magistrate Judge advised Mr. Christian of his right to file objections to the report and recommendation within 14 days, the Court has not received objections.

Having reviewed the materials in the Court's electronic docket, including the habeas petition, the state court materials, and the Magistrate Judge's report, the Court adopts the Magistrate Judge's report and accepts his recommendation.[1] By separate order, the Court will deny Mr. Christian's petition for a writ of habeas corpus and dismiss all claims with prejudice.

---

[1] The Court notes that Mr. Christian was sentenced as a habitual offender. (Doc. 17-1, p. 3; *see also* Doc. 7-4, p. 2).

A district court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). Mr. Christian's claims do not satisfy either standard. Therefore, this Court will not issue a certificate of appealability. If he wishes to appeal, Mr. Christian must request a certificate of appealability from the Eleventh Circuit Court of Appeals. 11th Cir. Rule 22-1(b).

**DONE** and **ORDERED** this July 27, 2021.

_____

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE